1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2  DAVID B. AVAKIAN
   Nevada Bar No. 009502
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   702.893.3383
5  FAX: 702.893.3789
   Email: Avakian@lbbslaw.com
6  Email: Aicklen@lbbslaw.com
   Attorneys for Defendants LYTHGOE
7  WELDING, LLC. and MICHAEL DEAN
   LYTHGOE

               UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MARTHA GUZMAN; individually and as Natural Mother and Guardian Ad Litem of KARLA SANDOVAL, a minor child; YURIDIA ESMERALDA BERNAL-GUZMAN, a minor child, by and through her Natural Mother and Guardian Ad Litem, GLORIA GUZMAN; ROMAN BERNAL, a minor child, by and through his Natural Mother and Guardian Ad Litem, GLORIA GUZMAN; JENNIFER BERNAL, a minor child, by and through her Natural Mother and Guardian Ad Litem, GLORIA GUZMAN; ALONDRA BERNAL, a minor child, by and through her Natural Mother and Guardian Ad Litem, GLORIA GUZMAN; and DULCE BERNAL, a minor child, by and through her Natural Mother and Guardian Ad Litem, GLORIA GUZMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> LYTHGOE WELDING, LLC., MICHAEL DEAN LYTHGOE; and DOES I through X and ROES I through X, inclusive, <br><br> Defendants. | CASE NO.: 2:12-cv-02027-APG-VCF <br><br> STIPULATION AND ORDER TO DISMISS PLAINTIFFS' CAUSES OF ACTION FOR PIERCING THE CORPORATE VEIL AND ALTER-EGO THEORY WITH PREJUDICE |

4842-8691-0228.1

**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' CAUSES OF ACTION FOR PIERCING THE CORPORATE VEIL AND ALTER-EGO THEORY WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel of record, that Plaintiffs' causes of action for Piercing the Corporate Veil and Alter-Ego Theory, as alleged within their Complaint, shall be dismissed in their entirety with prejudice.

DATED this 18th day of July, 2013

RICHARD HARRIS LAW FIRM

By  /s/ *Jonathan Hicks*
Jonathan Hicks, Esq.
Nevada Bar No. 009584
801 South 4th Street
Las Vegas, NV 89101
Attorneys for Plaintiffs

DATED this 18th day of July, 2013

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *David B. Avakian*
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
David B. Avakian, Esq.
Nevada Bar No. 009502
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for LYTHGOE WELDING, LLC.
and MICHAEL DEAN LYTHGOE

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' causes of actions for Piercing the Corporate Veil and Alter-Ego Theory, as alleged within their Complaint, are hereby dismissed in their entirety with prejudice.

DATED this __18th__ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *David B. Avakian*
By_____
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
David B. Avakian, Esq.
Nevada Bar No. 009502
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for LYTHGOE WELDING, LLC. and MICHAEL DEAN LYTHGOE

