JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Email: josh.aicklen@lewisbrisbois.com
Email: david.avakian@lewisbrisbois.com
Attorneys for Defendants LYTHGOE WELDING, LLC. and MICHAEL DEAN LYTHGOE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MARTHA GUZMAN; individually and as Natural Mother and Guardian Ad Litem of KARLA SANDOVAL, a minor child; YURIDIA ESMERALDA BERNAL-GUZMAN, a minor child, by and through her Natural Mother and Guardian Ad Litem, GLORIA GUZMAN; ROMAN BERNAL, a minor child, by and through his Natural Mother and Guardian Ad Litem, GLORIA GUZMAN; JENNIFER BERNAL, a minor child, by and through her Natural Mother and Guardian Ad Litem, GLORIA GUZMAN; ALONDRA BERNAL, a minor child, by and through her Natural Mother and Guardian Ad Litem, GLORIA GUZMAN; and DULCE BERNAL, a minor child, by and through her Natural Mother and Guardian Ad Litem, GLORIA GUZMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>LYTHGOE WELDING, LLC., MICHAEL DEAN LYTHGOE; and DOES I through X and ROES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-02027 -APG-VCF<br><br>**GLOBAL STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** |

4835-2838-9911.1

**GLOBAL STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel of record, that Plaintiffs' entire Complaint and all related claims in the above-entitled against Defendants LYTHGOE WELDING, LLC. and MICHAEL DEAN LYTHGOE shall be dismissed in their entirety, with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that there is no current trial date.

| | |
|---|---|
| Dated: December 27, 2013 | Dated: December 27, 2013 |
| RICHARD HARRIS LAW FIRM | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By  /s/ *Jonathan Hicks*<br>Jonathan Hicks, Esq.<br>Nevada Bar No. 009584<br>801 South 4th Street<br>Las Vegas, NV  89101<br>Attorneys for Plaintiffs | By  /s/ *David B. Avakian*<br>Josh Cole Aicklen, Esq.<br>Nevada Bar No. 007254<br>David B. Avakian, Esq.<br>Nevada Bar No. 009502<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV  89118<br>Attorneys for Defendants  LYTHGOE WELDING, LLC. and MICHAEL DEAN LYTHGOE |

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's entire Complaint and all related claims in the above-entitled against Defendants LYTHGOE WELDING, LLC. and MICHAEL DEAN LYTHGOE shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this __30th__ day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP


By __/s/ David B. Avakian__
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
David B. Avakian, Esq.
Nevada Bar No. 009502
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV  89118
 LYTHGOE WELDING, LLC.
and MICHAEL DEAN LYTHGOE